# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cold Stone Creamery, Inc.,

    Plaintiff(s),                                      JUDGMENT IN A CIVIL CASE

vs.                                                          3:11-cv-124

Franco Treglia,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2011 Order.

                                                                 Signed: August 2, 2011

                                                                  Frank G. Johns, Clerk
                                                                  United States District Court